THE MARKET NATIONAL BANK OF NEW YORK, Appellant, *v.* THE PACIFIC NATIONAL BANK OF BOSTON, Respondent.

(Argued June 29, 1883; decided October 2, 1883.)

*Abram Wakeman* for appellant.

*Willard Bartlett* for respondent.

, Agree to affirm on opinion in *Raynor et al.* v. *Pacific Nat. B'k* (*ante*, p. 371).
All concur, except ANDREWS, J., absent.
Order affirmed.